## Commonwealth *v.* Maier, Appellant.

Submitted March 23, 1971. *Charles F. Mayer*, for appellant; *O. Warren Higgins* and *Ralph B. D'Iorio*, Assistant District Attorneys, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Marsh, Appellant.

Submitted March 8, 1971. *Smith B. Gephart*, Assistant Public Defender, for appellant; *Jerome T. Foerster*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mesmer, Appellant.

Submitted March 15, 1971. *Charles J. Weyandt*, and *Dunaway & Weyandt*, for appellant; *Charles C. Brown, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.